RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 5-30-06
BY DM

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | | |
|---|---|---|
| BOLLORÈ, S.A., NORTH ATLANTIC TRADING COMPANY, and NORTH ATLANTIC OPERATING COMPANY | * | CIVIL ACTION NO. 05-1679 |
| | * | JUDGE WALTER |
| VERSUS | * | MAGISTRATE JUDGE HAYES |
| WAJDI ABDULAZIZ BEYDOUN, ET AL | | |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Moving Defendants' motion to dismiss (Document No. 28) is **DENIED as to Whitmark Packaging, and GRANTED as to Supply One, Inc., and that Plaintiffs' claims against Supply One, Inc., are hereby Dismissed Without Prejudice for Lack of Personal Jurisdiction.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Moving Defendants' Alternative Motion for a More Definite Statement is **DENIED**.

THUS DONE AND SIGNED this 30 day of May, 2006, in Shreveport, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION